TOWNSEND AND TOWNSEND AND CREW LLP
PAUL W. VAPNEK (State Bar No. 36576)
MARC M. GORELNIK (State Bar No. 166833)
DAVID SCHNAPF (State Bar No. 100199)
ANGUS M. MacDONALD (State Bar No. 212526)
Two Embarcadero Center Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email:   pwvapnek@townsend.com
            mmgorelnik@townsend.com
            dschnapf@townsend.com
            ammacdonald@townsend.com

Attorneys for Plaintiff
Z-LINE DESIGNS, INC.

ARTHUR S. BEEMAN (State Bar No. 237996)
PAMELA K. FULMER (State Bar No. 154736)
NOEL RODRIGUEZ (State Bar No. 228784)
M. ANDERSON BERRY (State Bar No. 262879)
JONES DAY
San Francisco Office
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700
Email:   asbeeman@jonesday.com
            pkfulmer@jonesday.com
            nrodriguez@jonesday.com
            aberry@jonesday.com

Attorneys for Defendant
PLANET 3, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Z-LINE DESIGNS, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>PLANET 3, LLC,<br><br>            Defendant. | Case No. CV-09-1153 MHP<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CHANGING TIME**<br><br>Date:     August 3, 2009<br>Time:    2:00 p.m.<br>Judge:   Honorable Marilyn Hall Patel<br>Place:    Courtroom 15, 18th Floor |

Defendant filed, on June 29, 2009, its Motion for Summary Judgment, with the hearing

townsend.

1  noticed for August 3, 2009.  Under Civil L.R. 7-3, Plaintiff's opposition is due July 13, 2009.

2  Pursuant to Civil L.R. 6-2, the parties request that the date for plaintiff's filing of its papers in

3  opposition be extended one day to July 14, 2009.  Dates for the reply in support of the motion and

4  the hearing would be unchanged.

5  DATED:  July 7, 2009                Respectfully submitted,

6                                      TOWNSEND AND TOWNSEND AND CREW LLP

7

8                                      By:/s/*Marc M. Gorelnik*_____
                                              MARC M. GORELNIK
9

10                                     Attorneys for Plaintiff
                                       Z-LINE DESIGNS, INC.
11

12  DATED:  July 7, 2009                Respectfully submitted,

                                        JONES DAY
13

14

15                                      By:/s/*Noel Rodriguez*_____
                                              NOEL RODRIGUEZ

16                                      Attorneys for Defendant
                                        PLANET 3, LLC
17

18

19                                   **ORDER**

20        PURSUANT TO STIPULATION, IT IS SO ORDERED:

21

22  DATED: _7/13/2009_____     _____

23                                      HONORABLE MARILYN HALL PATEL
                                        UNITED STATES DISTRICT

24  62114256 v1

25

26

27

28



STIPULATION AND [PROPOSED] ORDER CHANGING TIME
CASE NO. CV-09-1153 MHP                                                          2

**GENERAL ORDER 45 ATTESTATION**

I, Marc M. Gorelnik, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CHANGING TIME. In compliance with General Order 45, X.B., I hereby attest that Noel Rodriguez has concurred in this filing.

/s/*Marc M. Gorelnik*