TOWNSEND AND TOWNSEND AND CREW LLP
PAUL W. VAPNEK (State Bar No. 36576)
MARC M. GORELNIK (State Bar No. 166833)
DAVID SCHNAPF (State Bar No. 100199)
MEGAN M. CHUNG (State Bar No. 232044)
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: pwvapnek@townsend.com
Email: mmgorelnik@townsend.com
Email: dschnapf@townsend.com
Email: mmchung@townsend.com

Attorneys for Plaintiff and Counterdefendant
Z-LINE DESIGNS, INC.

JONES DAY
ARTHUR S. BEEMAN (State Bar No.237996)
PAMELA K. FULMER (State Bar No. 154736)
NOEL RODRIGUEZ (State Bar No. 228784)
M. ANDERSON BERRY (State Bar No. 262879)
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: asbeeman@jonesday.com
Email: pkfulmer@jonesday.com
Email: nrodrigez@jonesday.com
Email: aberry@jonesday.com

Attorneys for Defendant and Counterclaimant
PLANET 3, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Z-LINE DESIGNS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PLANET 3, LLC, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. CV-09-1153 MHP <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE MANAGEMENT SCHEDULE AND TRIAL DATE** <br><br> Judge: Honorable Marilyn Hall Patel |

JOINT STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF
CASE MANAGEMENT SCHEDULE AND TRIAL DATE
CASE NO. CV-09-1153 MHP

1

1  WHEREAS, Z-Line Designs, Inc. ("Z-Line" or "Plaintiff") and Defendant Planet 3, LLC

2  ("Planet 3" or "Defendant") are engaged in settlement discussions, which respective counsel believe

3  will lead to a final resolution of this matter;

4  WHEREAS, the parties have reached a settlement-in-principle and are working to

5  memorialize the terms of the settlement, with a written draft in circulation;

6  WHEREAS, the parties, mindful of this Court's interest in having this case resolved, and

7  confident of the parties' ability to resolve this matter, are diligently working to reach a settlement.

8  However, given the approaching close of fact discovery, the parties require additional time;

9  WHEREAS, counsel for the parties believe that an additional thirty (30) day suspension of

10  applicable deadlines in this case will allow the parties and counsel to continue to devote their

11  attention and resources to a final resolution of this matter.

12  WHEREAS, no previous suspension has been sought by the parties;

13  ACCORDINGLY, the parties, by and through their undersigned counsel, HEREBY

14  STIPULATE as follows:

15  In order to avoid prejudicing the parties' discovery efforts and trial preparations, and to

16  allow the parties to focus on settlement negotiations, the parties agree and respectfully request that

17  the current pre-trial schedule be modified as follows:

18  1.  The fact discovery cut-off, which is currently set for February 5, 2010, is extended to

19  March 8, 2010. *The parties shall file and exchange their*

20  *list of witnesses to be called in their respective cas - mi chief*

2.  The deadline to designate experts, which is currently set for March ~~8~~ 2010, is *by february 5, 2010.*

21  extended to April 5, 2010.

22  3.  The deadline to designate rebuttal experts, which is currently set for April 9, 2010, is

23  extended to May 10, 2010.

24  4.  The expert discovery cut-off, which is currently set for May 7, 2010, is extended to

25  June 7, 2010.

26  5.  The hearing on dispositive motions, which is currently set for June 20, 2010, is reset

27  for July 26, 2010, at 2:00 p.m., or as soon thereafter as the Court's schedule permits.

28  6.  The pretrial conference, which is currently set for August 4, 2010, is adjourned to

September 1, 2010, at 2:30 p.m., or as soon thereafter as the Court's schedule permits.

    7.    The trial date, which is current set for August 24, 2010, is adjourned to
September 21, 2010, at 8:30 a.m., or as soon thereafter as the Court's schedule permits.

    8.    All other deadlines are tolled for thirty (30) days as of the date of this stipulation.

**IT IS SO STIPULATED BY THE PARTIES.**

Dated: January 14, 2010                    TOWNSEND AND TOWNSEND AND CREW LLP


                                           By _____/s/_____
                                                   Marc M. Gorelnik
                                                   Attorneys for Plaintiff
                                                   Z-LINE DESIGNS, INC.


Dated: January 14, 2010                    JONES DAY


                                           By _____/s/_____
                                                   Arthur S. Beeman
                                                   Attorneys for Defendant
                                                   PLANET 3, LLC


SIGNATURE ATTESTATION

    Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the
concurrence in the filing of this document from counsel for Defendant for whom a signature is
indicated by a "conformed" signature (/s/) within this e-filed document, and I have on file records
to support this concurrence for subsequent production for the court, if so ordered, or for inspection
upon request.

Dated: January 14, 2010                    _____/s/_____
                                                   Marc M. Gorelnik
                                                   Attorney for Plaintiff


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __11/15/10__                        _____
                                                   MARILYN HALL PATEL
                                                   United States District Judge

62400263 v1

JOINT STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF
CASE MANAGEMENT SCHEDULE AND TRIAL DATE
CASE NO. CV-09-1153 MHP                                                    3