TOWNSEND AND TOWNSEND AND CREW LLP
PAUL W. VAPNEK (State Bar No. 36576)
MARC M. GORELNIK (State Bar No. 166833)
DAVID SCHNAPF (State Bar No. 100199)
MEGAN M. CHUNG (State Bar No. 232044)
Two Embarcadero Center, Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: pwvapnek@townsend.com
Email: mmgorelnik@townsend.com
Email: dschnapf@townsend.com
Email: mmchung@townsend.com

Attorneys for Plaintiff and Counterdefendant
Z-LINE DESIGNS, INC.

JONES DAY
ARTHUR S. BEEMAN (State Bar No.237996)
PAMELA K. FULMER (State Bar No. 154736)
NOEL RODRIGUEZ (State Bar No. 228784)
M. ANDERSON BERRY (State Bar No. 262879)
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700
Email: asbeeman@jonesday.com
Email: pkfulmer@jonesday.com
Email: nrodrigez@jonesday.com
Email: aberry@jonesday.com

Attorneys for Defendant and Counterclaimant
PLANET 3, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Z-LINE DESIGNS, INC., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>PLANET 3, LLC, <br><br>　　　　　Defendant. <br><br>AND RELATED COUNTERCLAIMS. | Case No. CV-09-1153 MHP <br><br>**FIFTH JOINT STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE MANAGEMENT SCHEDULE AND TRIAL DATE** <br><br>Judge:  Honorable Marilyn Hall Patel |

1   WHEREAS, Z-Line Designs, Inc. ("Z-Line" or "Plaintiff") and Defendant Planet 3, LLC ("Planet 3" or "Defendant") are engaged in settlement discussions, which respective counsel believe will lead to a final resolution of this matter;

WHEREAS, the parties have reached a settlement-in-principle and are working to memorialize the terms of the settlement, with a written draft in circulation;

WHEREAS, the parties, mindful of this Court's interest in having this case resolved, and confident of the parties' ability to resolve this matter, are diligently working to reach a settlement. However, given the approaching close of fact discovery, the parties require additional time;

WHEREAS, counsel for the parties believe that an additional thirty (30) day suspension of applicable deadlines in this case will allow the parties and counsel to continue to devote their attention and resources to a final resolution of this matter.

WHEREAS, three previous suspensions have been sought by the parties;

ACCORDINGLY, the parties, by and through their undersigned counsel, HEREBY STIPULATE as follows:

In order to avoid prejudicing the parties' discovery efforts and trial preparations, and to allow the parties to focus on settlement negotiations, the parties agree and respectfully request that the current pre-trial schedule be modified as follows:

1. The fact discovery cut-off, which is currently set for June 6, 2010, is extended to July 6, 2010.

2. The deadline to designate experts, which is currently set for July 4, 2010 is extended to August 3, 2010.

3. The deadline to designate rebuttal experts, which is currently set for August 8, 2010, is extended to September 7, 2010.

4. The expert discovery cut-off, which is currently set for September 5, 2010, is extended to October 5, 2010.

5. The hearing on dispositive motions, which is currently set for November 8, 2010, is reset for December 6, 2010, at 2:00 p.m., or as soon thereafter as the Court's schedule permits.

6. The pretrial conference, which is currently set for December 16, 2010, is adjourned

to January 13, 2011, at 2:30 p.m., or as soon thereafter as the Court's schedule permits.

7.  The trial date, which is currently set for January 4, 2011, is adjourned to February 8, 2011, at 8:30 a.m., or as soon thereafter as the Court's schedule permits.

8.  All other deadlines are tolled for thirty (30) days as of the date of this stipulation.

**IT IS SO STIPULATED BY THE PARTIES.**

Dated: May 11, 2010         TOWNSEND AND TOWNSEND AND CREW LLP

                            By  /s/
                                Marc M. Gorelnik
                                Attorneys for Plaintiff
                                Z-LINE DESIGNS, INC.

Dated: May 11, 2010         JONES DAY

                            By  /s/
                                Arthur S. Beeman
                                Attorneys for Defendant
                                PLANET 3, LLC

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the concurrence in the filing of this document from counsel for Defendant for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document, and I have on file records to support this concurrence for subsequent production for the court, if so ordered, or for inspection upon request.

Dated: May 11, 2010          /s/
                             Marc M. Gorelnik
                             Attorney for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 5/12/2010             _____
                             MARILYN HALL PATEL
                             United States District Judge

62654621 v1

IT IS SO ORDERED
Judge Marilyn H. Patel

FIFTH JOINT STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF
CASE MANAGEMENT SCHEDULE AND TRIAL DATE
CASE NO. CV-09-1153 MHP

3